AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Prarie Farm Dairy, Inc c/o Corporation Service Company
was received by me on *(date)* Dec 7, 2023.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shelley Kuyposka-Process Specialist, who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
registered agent for Prarie Farms Dairy, Inc. on *(date)* 12/20/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/21/23

*Server's signature* Foley

*Printed name and title* Stephen F Foley - Process Server

*Server's address* 200 Tyler St #221 East Haven, CT 06512

Additional information regarding attempted service, etc: