IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHANIE JOANTHA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRAIRIE FARMS DAIRY, INC.,<br><br>Defendant. | Case No. 3:23-CV-3851-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed August 28, 2025 (Doc. 46), this entire action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  August 29, 2025

MONICA A. STUMP,
Clerk of Court

By:  s/ *Deana Brinkley*
    Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**