IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILIP KOSYDOR, individually and on behalf of all others similarly situated,

Plaintiff,

v.

Case No. 3:23-CV-3851-NJR

PRAIRIE FARMS DAIRY, INC.,

Defendant.

## AMENDED JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed August 28, 2025 (Doc. 46), this entire action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: August 29, 2025

MONICA A. STUMP,
Clerk of Court

By: s/ *Deana Brinkley*
Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge